UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CORRINE LYNCH,

                Plaintiff,

        v.                                              **ORDER REGARDING**
                                                                             **FED. R. CIV. P. 4(M)**

THE DEPARTMENT OF EDUCATION OF THE CITY
OF NEW YORK, DAVID BANKS, and KATHERINE        24-CV-7795
RODI                                                                   (Gujarati, J.)
                                                                             (Marutollo, M.J.)

                Defendants.
-------------------------------------------------------------------X

**JOSEPH A. MARUTOLLO, United States Magistrate Judge:**

       The Court's records reflect that the Complaint in this action was filed on November 8, 2024. Federal Rule of Civil Procedure 4(m) provides:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Accordingly, if service is not made upon the Defendants by **February 6**, **2025,** or if Plaintiff fails to show good cause why such service has not been effected by that date, the undersigned will recommend to the Honorable Diane Gujarati, United States District Judge, that the Court dismiss this action without prejudice. Plaintiff shall promptly advise the Court once the Defendants have been served.

       Plaintiff is required to advise the Clerk of Court of any change of address. Failure to keep the Court informed of Plaintiff's current address means the Court will not know where to contact Plaintiff and may result in dismissal of the case.

1

For information regarding court procedures, Plaintiff may contact the *Pro Se* Office at the United States Courthouse by calling (718) 613-2665.

Dated: Brooklyn, New York
November 22, 2024

**SO ORDERED.**

*/s/ Joseph A. Marutollo*
JOSEPH A. MARUTOLLO
United States Magistrate Judge