UNITED STATES DISTRICT COURT
STATE OF NEW YORK, EASTERN DISTRICT
Client: Pro-Se
Address:

Case 1:24-cv-07795-DG-JAM    Document 9    Filed 12/27/24    Page 1 of 3 PageID #: 186

Job: 1584580

| | |
|---|---|
| CORRINE LYNCH<br><br>vs<br><br>THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK, ET AL<br><br>*Plaintiff*<br><br>*Defendant* | Index Number: 1:24-CV-07795-DG-JAM<br><br>Client's File No.: lynch vs the dept. of ed<br><br>Court Date:<br><br>Date Filed: |

JEREMY COLEY, affirms and says:

# AFFIRMATION OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **12/19/2024**, at **2:41 PM** at: **100 CHURCH STREET, NEW YORK, NY 10007** Deponent served the within **Summons in a Civil Action, COMPLAINT, EXHIBITS**

On: **KATHERINE RODI - DIRECTOR OF EMPLOYEE RELATIONS**, Defendant therein named.

☒ **#1 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to A.GOEBLER (Co-Worker) a person of suitable age and discretion. Said premises is recipient's:[X] actual place of business / employment  [] dwelling house (usual place of abode) within the state.

☒ **#2 DESCRIPTION**

| Sex: Male | Color of skin: White | Color of hair: Brown | Glasses: |
| Age: 32 | Height: 5ft 9in - 6ft 0in | Weight: 161-200 Lbs. | Other Features: |

☒ **#3 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#4 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#5 OTHER**

☒ **#6 MAILING**
On 12/20/2024 deponent enclosed a copy of same in a postpaid envelope properly addressed to KATHERINE RODI - DIRECTOR OF EMPLOYEE RELATIONS at 100 CHURCH STREET, NEW YORK, NY 10007 [] Actual Place of Residence [X] Actual Place of Business, and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

I affirm on 12/20/2024 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

JEREMY COLEY
DCA License # 2112646

REC'D IN PRO SE OFFICE
DEC 27 '24 AM 9:39

Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA

UNITED STATES DISTRICT COURT
STATE OF NEW YORK, EASTERN DISTRICT
Client: Pro-Se
Address:

| | |
|---|---|
| CORRINE LYNCH<br><br>*Plaintiff*<br>vs<br>THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK, ET AL<br><br>*Defendant* | Index Number: 1:24-CV-07795-DG-JAM<br>Client's File No.: lynch vs the dept. of ed<br>Court Date:<br>Date Filed: |

Job #1584579

JEREMY COLEY, affirms and says:

## AFFIRMATION OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **12/19/2024**, at **2:41 PM** at: **100 CHURCH STREET, NEW YORK, NY 10007** Deponent served the within **Summons in a Civil Action, COMPLAINT, EXHIBITS**

On: **DAVID BANKS - CHANCELLOR**, Defendant therein named.

REC'D IN PRO SE OFFICE
DEC 27 '24 AM9:38

☒ **#1 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to A.GOEBLER (Co-Worker) a person of suitable age and discretion. Said premises is recipient's:[X] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☒ **#2 DESCRIPTION**

| Sex: Male | Color of skin: White | Color of hair: Brown | Glasses: |
|---|---|---|---|
| Age: 32 | Height: 5ft 9in - 6ft 0in | Weight: 161-200 Lbs. | Other Features: |

☒ **#3 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#4 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#5 OTHER**

☒ **#6 MAILING**
On 12/20/2024 deponent enclosed a copy of same in a postpaid envelope properly addressed to DAVID BANKS - CHANCELLOR at 100 CHURCH STREET, NEW YORK, NY 10007 [] Actual Place of Residence [X] Actual Place of Business, and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

I affirm on 12/20/2024 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

JEREMY COLEY
DCA License # 2112646



Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA

UNITED STATES DISTRICT COURT
STATE OF NEW YORK, EASTERN DISTRICT

Client: Pro-Se
Address:

Job # 1584578

| | | |
|---|---|---|
| CORRINE LYNCH | | Index Number: 1:24-CV-07795-DG-JAM |
| | Plaintiff | Client's File No.: lynch vs the dept. of ed |
| vs | | Court Date: |
| THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK, ET AL | | |
| | Defendant | Date Filed: |

JEREMY COLEY, affirms and says:

# AFFIRMATION OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **12/19/2024**, at **2:41 PM** at: **100 CHURCH STREET, NEW YORK, NY 10007** Deponent served the within **Summons in a Civil Action, COMPLAINT, EXHIBITS**

On: **THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK**, Defendant therein named.

☒ **#1 Corporation or Partnership or Trust or LLC or Non-Profit**
By delivering thereat a true copy of each to **A.GOEBLER** personally. Deponent knew said corporation/partnership/trust/LLC/Non-Profit so served to be the corporation/partnership/trust/LLC/Non-Profit described in said aforementioned document as said Defendant and knew said individual to be Clerk authorized to accept service thereof.

☒ **#2 DESCRIPTION**

| Sex: Male | Color of skin: White | Color of hair: Brown | Glasses: |
|---|---|---|---|
| Age: 32 | Height: 5ft 9in - 6ft 0in | Weight: 161-200 Lbs. | Other Features: |

☐ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#4 OTHER**

I affirm on 12/20/2024 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

JEREMY COLEY
DCA License # 2112646