UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

CORRINE LYNCH,

                              Plaintiff,                **NOTICE APPEARANCE**

                                                                         24-cv-7795-DG-JAM

              -against-

THE DEPARTMENT OF EDUCATION OF THE CITY OF
NEW YORK, DAVID BANKS, Chancellor and KATHERINE
RODI, Director of Employee Relations,

                              Defendants.

------------------------------------------------------------------------- x

        **PLEASE TAKE NOTICE** that **ILONA J. EHRLICH,** Assistant Corporation Counsel, on behalf of Muriel Goode Trufant, Corporation Counsel of the City of New York, appears herein as counsel of record for Defendants Department of Education of the City of New York and David Banks. Accordingly, I respectfully request that any future correspondence, filings, ECF notifications, or other information relating to this matter be directed to me at the address below.

Dated: New York, New York
          January 7, 2025

                                                        **MURIEL GOODE-TRUFANT**
                                                        Corporation Counsel of the
                                                        City of New York
                                                        Attorney for Defendants DOE and Banks
                                                        100 Church Street, 2-196
                                                         New York, New York 10007
                                                        (212) 356-2549
                                                        iehrlich @law.nyc.gov

                                                        By: _/s/ Ilona J. Ehrlich_____
                                                             Ilona J. Ehrlich
                                                             Assistant Corporation Counsel

cc:     All Counsel of Record (by ECF)