# CERTIFICATE OF SERVICE

I hereby certify that, on January 10, 2025, I mailed a true and correct copy of the foregoing *"Letter with the enclosed docket entry with the Court's Order enclosed"* mailed by first class mail depositing in an enclosed, properly addressed postage-paid envelope under the exclusive care and custody of the United States Postal Services, on Corrin Lynch, Plaintiff, directed to the address designated by Plaintiff for that purpose:

### Corrine Lynch
Plaintiff
34 Cheslan Court
Oceanside, New York 11572

I certify under penalties of perjury that the foregoing is true and correct.

Dated : New York, New York
January 10, 2025

_____
Donna Bates
Paralegal / Labor and Employment Law Division
NYC Law Department Office of Corporation Counsel