**CORRINE LYNCH**
34 Cheslan Ct.
Oceanside, N.Y. 11572
516-316-0451

FILED
02/10/2025 06:35 PM
in the Clerk's Office
U.S. District Court,
EDNY, Brooklyn
Pro Se Office via
Electronic Portal

Magistrate Judge Joseph A. MarutolloFebruary 5, 2025
United States District Court
Eastern District of New York
225 Cadman Plaza East Brooklyn,
New York 11201

Re: Lynch v. The Department of Education of the City of New York, et al.,
24-cv-7795-DG-JAM

Dear Judge Marutollo,

My name is Corrine Lynch, and I am the Plaintiff in the above cited case. I am writing this letter to you to bring to your attention that I did not agree to having you in my case. Respectfully, I want to have the District Court Judge preside in this matter.

I am concerned with the procedure you used to schedule the Status Conference March 11, 2025, after giving the City Law Department Attorney their requested time to submit a response to my Complaint. I am ready and willing to be an equal party to all conferences and scheduling. The City Law Department failed to include me or, for that matter, even contact me, about their request for an extension of time was submitted, and I would have willingly given them the time they want.

But I also need time to respond to their papers, and would have liked to have had that dialogue with the Law Department before going straight to you. I did not receive any call from the Attorney.

Additionally, I would like to adjourn the status conference and discuss with the City attorney what they intend on submitting, and get a schedule for my response now that the District Court Judge will be taking over. Thus, a pre-Motion conference would not be necessary, if they are submitting a Motion to Dismiss. I believe that such a pre-motion conference would be premature, as there are many issues of material fact to be adjudicated in my Complaint.

Thank you for your consideration of my requests.

Respectfully,

*[signature]*

Corrine Lynch

CC: Ilona J. Ehrlich