UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X

CORRINE LYNCH,

           Plaintiff,

v.

THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK, DAVID BANKS, Chancellor and KATHERINE RODI, Director of Employee Relations,

           Defendants.

------------------------------X

Docket No.

( 24-cv-7795-DG-JAM , J.)
(Marutollo, M.J.)

### DISCOVERY PLAN AND SCHEDULING ORDER

Upon consent of the parties, it is hereby ORDERED as follows:

1. The date for completion of automatic disclosures required by Fed. R. Civ. P. 26(a)(1), if not yet completed: 4/11/2025

2. No amendment of the pleadings will be permitted after: 5/28/2025

3. No additional parties may be joined after: 5/28/2025

4. Fact discovery shall be completed by: 9/11/2025

5. Plaintiff(s) shall make Fed. R. Civ. P. 26(a)(2) disclosures, if any, by: 8/11/2025.

6. Defendant(s) shall make Fed. R. Civ. P. 26(a)(2) disclosures, if any, by: 9/11/2025

7. All discovery, including expert discovery, shall be completed by: 10/11/2025. (*Presumptively 30 days following the final exchange of expert reports*)

8. Have the parties discussed the existence of electronically stored information (ESI) and discussed the location and production of such information, as required by Fed. R. Civ. P. 26? Yes____ No ✓

9. Have the parties entered into an ESI protocol? Yes____ No ____ Not Applicable ✓

10. Final date to take the first step in dispositive motion practice, if any: __11/10/2025_____. (*If the parties do not consent to the jurisdiction of United States Magistrate Judge Joseph A. Marutollo, parties are directed to consult the District Judge's Individual Practices and Rules regarding such motion practice. The date is presumptively 30 days after completion of expert discovery*)

11. Do the parties wish to be referred to the EDNY's Court-annexed mediation program pursuant to Local Civil Rule 83.8? ____ Yes ✓ No

12. Do the parties consent to jurisdiction before United States Magistrate Judge Joseph A. Marutollo pursuant to 28 U.S.C. § 636(c)? ____ Yes ✓ No (*Answer "no" if any party declines to consent without indicating which party has declined*)

This Scheduling Order may be altered or amended only upon a showing of good cause not foreseeable as of the date of this order.

CONSENTED TO BY:

| Attorney for Plaintiff | Attorney for Defendant(s) |
|---|---|
| Name: Corrine Lynch, Pro Se | Name: ILONA EHRLICH<br><br>Attorney for Defendant, The Department of Education of New York, and Defendant David Banks, Chancellor |
| Address: 34 Cheslan Ct, Oceanside NY 11572 | Address: New York City Law Department<br><br>100 Church Street, Room 2-196<br>New York, NY 10007 |
| Telephone: 516-316-0451 | Telephone: 212-356-2549 |
| Email: rins083082@aol.com | Email: iehrlich@law.nyc.gov |

**SO ORDERED:**

Dated: Brooklyn, New York

_____

_____
**JOSEPH A. MARUTOLLO**
United States Magistrate Judge

3