

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**ILONA J. EHRLICH**
*Assistant Corporation Counsel*
Labor and Employment Law Division
Telephone: (212) 356-2549
Email: iehrlich@law.nyc.gov

March 24, 2025

**By ECF**

Honorable Diane Gujarti
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Lynch v. The Department of Education et al.,
24-cv-7795-DG-JAM

Dear Judge Gujarati:

I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel for the City of New York, attorney for the Department of Education of the City of New York and David Banks (collectively, Defendants") in the above-referenced action.

Defendants write, on behalf of the parties, in accordance with the Court's Order, to file a joint letter proposing a briefing schedule for Defendant's anticipated motion for to dismiss. See Order dated March 20, 2025.

| | |
|---|---|
| Defendants' Motion: | April 28, 2025 |
| Plaintiff's Opposition: | May 29, 2025 |
| Defendants' Reply: | June 12, 2025 |

Thank you for your consideration of this request.

Respectfully submitted,

*/s/ Ilona Ehrlich*
Ilona J. Ehrlich
Assistant Corporation Counsel

cc: Corrine Lynch (By ECF)
*Pro Se Plaintiff*