UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
CORRINE LYNCH,                                    STATEMENT OF AFFIRMATION
                                                  PURSUANT TO CPLR 2106
                                                  BY MAIL & EMAIL

                              Plaintiff,          24-CV-07795

                    -against-

THE DEPARTMENT OF EDUCATION OF THE CITY
OF NEW YORK, et al.,

                              Defendants,
-------------------------------------------------------------------x

**Donna Bates,** I am employed in the Office of the Corporation Counsel as a Paralegal, and affirm under the penalties of perjury under the laws of New York. Which may include a fine or imprisonment, that the following is true, and I understand that this document may be filed in an action or proceeding in a court of law.

1. The deponent is not a party to the action an is 18 years of age or older.

2. **On the 28ᵗʰ day of April, 2025, the deponent email to the email address; rins08382@aol.com a copy of Court Order dated April 25, 2025 to Plaintiff on April 28ᵗʰ 2025.**

3. **Upon: Corrine Lynch**
       **34 Cheslan Ct**
       **Oceanside, NY  11572**

By depositing a copy of the same,  enclosed in a prepaid properly addressed wrapper, in a post office/official deposition, under the exclusive care and custody of the United Postal Service, in the Borough of Manhattan in the State of New York, regularly maintained by the Government of United States directed to the said  address designated by said the  person for purpose, pursuant to CPLR 2103 (b)(6)

Donna Bates

Date: New York, NY
28ᵗʰ  day of April, 2025