CORRINE LYNCH<br>
34 Cheslin Ct.<br>
Oceanside, N.Y. 11572<br>
516-316-0451

*** Filed *** 06:37 PM, 12 Jun, 2025 U.S.D.C., Eastern District of New York

Magistrate Judge Joseph A. Marutollo         June 12, 2025
United States District Court
Eastern District of New York
225 Cadman Plaza East Brooklyn,
New York 11201

Re: <u>Lynch v. The Department of Education of the City of New York, et al.,</u><br>
24-cv-7795-DG-JAM

Honorable Magistrate Judge Marutollo,

I am writing in response to the Court's recent order granting Defendants' request for an extension of time. I received notice of electronic filing regarding both the request and the Court's granting of the extension.
I would like to take this opportunity to respectfully share the challenges I have faced in remaining on the discovery schedule originally set forth by the Court and mutually agreed upon by the parties.

To provide some background:
- On May 9, Defendants requested a one-week extension of time to respond to my discovery demands, without citing a reason, moving the due date to May 16.
- On May 13, Defendants requested a second extension, this time to June 6, citing the unavailability of Ms. Ehrlich's supervisor.
- I served my responses to Defendants' interrogatories and document requests on May 27. At that time, I received an automatic reply indicating Ms. Ehrlich was out of the office until May 28.
- On June 5—the day before the extended deadline—Defendants submitted a third extension request, seeking additional time until June 13. No reason was provided.
- On June 9, Ms. Ehrlich indicated for the first time that she would be out of the country for her honeymoon and would actually need a full month extension. I asked if I might also have an extension of time to respond to the City's motion to dismiss, to which she agreed. However, when she drafted the joint status report, she dated the report for June 16, the due date, and could not guarantee timely filing by June 12, which is the date my response is due. This placed me at risk of being in default.
- I subsequently responded that I would be amenable to the original one-week extension through June 13—or at most, a two-week extension through June 20—while maintaining that I intended to file my opposition by the required date if the joint report was not submitted timely.

To date, I have met every deadline and have made every effort to cooperate in good faith. This is now the fourth extension sought by Defendants. I also note that the City's initial responses to my

interrogatories and document production are not expected until July, which is relatively close to the September 11 discovery deadline.

I respect and accept the Court's decision to grant the extension until July 13, and my intention here is simply to maintain transparency and to ensure the record reflects my ongoing efforts to comply with all deadlines, despite the continued requests for additional time from the other side. Thank you for your attention to this matter.

Respectfully submitted,

Corrine Lynch
Pro Se Plaintiff