UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------- x
CORRINE LYNCH,

                Plaintiff,

           -against-

THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK, DAVID BANKS, and KATHERINE RODI,

                Defendants.
-------------------------------------------------- x

DECLARATION OF SERVICE

24-CV-7795 (DG)(JAM)

      I, Christopher G. Arko, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that on June 26, 2025, I served the Court's Order of June 25, 2025 granting Defendants' motion for an extension of time to serve and file their motion to dismiss reply by depositing a copy of the same, enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service, within the State of New York, directed to plaintiff at:

      Corrine Lynch
      34 Cheslan Street
      Oceanside, NY 11572

Dated:     New York, NY
            June 26, 2025

                                            /s/ Christopher G. Arko
                                            Christopher G. Arko
                                            Senior Counsel