UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

CORRINE LYNCH,

                                  Plaintiff,

-against-

THE DEPARTMENT OF EDUCATION OF THE CITY
OF NEW YORK, DAVID BANKS, Chancellor and
KATHERINE RODI, Director of Employee Relations,

                                  Defendants.

------------------------------------------------------------------------ x

**NOTICE OF MOTION TO DISMISS THE COMPLAINT**

24-CV-07795 (DG) (JAM)

**PLEASE TAKE NOTICE** that, upon the accompanying Defendants' Memorandum of Law, dated May 12, 2025, and upon all the papers and proceedings previously had herein, Defendants will move this Court, before the Honorable Diane Gujarati, United States District Judge, Eastern District of New York, at the United States Courthouse located at 225 Cadman Plaza East, Brooklyn, New York, 11201, on a date and time to be designated by the Court, for an order and judgment, pursuant to Rule 12(b) of the Federal Rules of Civil Procedure dismissing Plaintiff's claims pursuant to the First Amendment of the United States Constitution brought under 42 U.S.C. § 1983, the New York State Human Rights Law, N.Y. Exec. Law § 296, *et seq.* ("SHRL"), and the New York City Human Rights Law, N.Y.C. Administrative Code §§ 8-101, *et seq.* ("CHRL") because they are time-barred and otherwise fail to state a plausible claim upon which relief can be granted.

Dated:     New York, New York
             July 14, 2025

              **MURIEL GOODE-TRUFANT**
              Corporation Counsel of the
              City of New York
              Attorney for Defendants
              100 Church Street
              New York, New York 10007
              (212) 356-2549
              iehrlich@law.nyc.gov

By:    */s/ Ilona J. Ehrlich*
        Ilona J. Ehrlich
        Assistant Corporation Counsel

To:    Corrine Lynch (By E-Mail)
       *Pro Se Plaintiff*
       34 Cheslan Ct.,
       Oceanside, NY 11572
       rins083082@aol.com