UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
CORRINE LYNCH,

                           Plaintiff,

-against-

THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK, DAVID BANKS, Chancellor and KATHERINE RODI, Director of Employee Relations,

                           Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**DECLARATION IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE <u>COMPLAINT</u>**

24-CV-7795 (DJ) (JAM)

Ilona J. Ehrlich declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for Defendants, The Department Of Education Of The City Of New York, David Banks, and Katherine Rodi in the above-captioned action. This declaration is submitted in support of Defendants' motion to dismiss, pursuant to Rule 12 of the Federal Rules of Civil Procedure.

2. All of the following documents are admissible into evidence and are submitted in support of Defendants' Motion to Dismiss the Complaint:

    Exhibit A.    Department of Education Order, dated September 15, 2021

    Exhibit B.    Amended Department of Education Order, dated September 28, 2021

    Exhibit C.    Department of Education Announcement Regarding Reinstatement

    Exhibit D.    Plaintiff's Religious Exemption Request Letter, dated September 21, 2021.

    Exhibit E.    Plaintiff's Religious RA Denial E-mail, dated September 25, 2021

  Exhibit F. Plaintiff's Medical RA Request dated October 5, 2021

  Exhibit G. SOLAS Confirmation Receipt of Plaintiff's Medical RA Request dated October 5, 2021

  Exhibit H. Plaintiff's Medical RA Request Denial Letter, dated October 13, 2021

  Exhibit I. Plaintiff's Notice of Claim dated March 10, 2023

Dated: New York, New York
   May 12, 2025

              **MURIEL GOODE-TRUFANT**
              Corporation Counsel of the City of New York
              *Attorney for Defendants*
              100 Church Street, 2-196
              New York, New York 10007
              (212) 356-2549

       By: /s/ *Ilona J. Ehrlich*
          ILONA J. EHRLICH
          Assistant Corporation Counsel

To: Corrine Lynch (By E-Mail)
   *Pro Se Plaintiff*
   34 Cheslan Ct.,
   Oceanside, NY 11572
   rins083082@aol.com