

MURIEL GOODE-TRUFANT
*Corporation Counsel*

**T**HE **C**ITY OF **N**EW **Y**ORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

ILONA J. EHRLICH
*Assistant Corporation Counsel*
Labor and Employment Law Division
Telephone: (212) 356-2549
Email: iehrlich@law.nyc.gov

July 16, 2025

**By ECF**
Honorable Joseph A. Marutollo
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room N324
Brooklyn, New York 11201

Re: Lynch v. The Department of Education et al.,
    24-cv-7795-DG-JAM

Dear Magistrate Judge Marutollo:

I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel for the City of New York, attorney for defendants Department of Education of the City of New York and David Banks in the above-referenced action.

Defendants write, in accordance with the Court's Order of June 16, 2025, to file a status report. Defendants made good faith efforts to write a Joint Letter with Plaintiff, but the parties ultimately could not agree on the language thereof. Accordingly, Defendants write on their behalf only.

On June 12, 2025, the Court granted Defendants' Extension Request to serve their responses to Plaintiff's discovery demands by July 13, 2025. Accordingly, Defendants timely served their responses to Plaintiff's first set of discovery demands on July 13, 2025.

On July 15, 2025, Plaintiff emailed Defendants what we interpret to be a deficiency notice. Defendants are reviewing Plaintiff's notice and, should it be necessary, will provide a response within 14 days.

On July 14, 2025, Defendants filed their fully briefed Motion to Dismiss.

Depositions have yet to be scheduled. At this time, Defendants anticipate deposing Plaintiff and, although they do not anticipate taking additional depositions, they reserve the right

to do so. The parties will confer and work cooperatively to schedule and conduct Plaintiff's deposition after Defendants receive satisfactory responses to their discovery demands. The current deadline for the close of fact discovery is September 11, 2025.

On June 11, 2025, Plaintiff sent Defendants an initial settlement demand. Defendants will take it under advisement in good faith. Based on Defendants' current view of the case, however, Defendants will likely not be interested in attending a settlement conference or mediation because we do not believe it would be a productive use of time and resources at this stage in the litigation.  Should Defendants' view of the case change Defendants will promptly advise the Court.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Ilona Ehrlich*
Ilona J. Ehrlich
Assistant Corporation Counsel

cc:    Corrine Lynch (By ECF)
       *Pro Se Plaintiff*