UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CORRINE LYNCH,

                                  Plaintiff,      **DECLARATION OF SERVICE**

            -against-                     24 CV 7795 (DJ) (JAM)

THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK, DAVID BANKS, Chancellor and KATHERINE RODI, Director of Employee Relations,

                                Defendants.
------------------------------------------------------------X

        I, Ilona J. Ehrlich declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that on July 17, 2025, I served the Court's Order of July 17, 2025 via e-mail plaintiff at: rins083082@aol.com, and by depositing a copy of the same, enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service, within the State of New York, directed to plaintiff at:

        Corrine Lynch 34 Cheslan Court, Oceanside, NY 11572

Dated:    New York, New York
           July 17, 2025

                                        **MURIEL GOODE-TRUFANT**
                                        Corporation Counsel of the City of New York
                                        *Attorney for Defendants*
                                        100 Church Street, 2-196
                                        New York, New York 10007
                                        (212) 356-2549

                              By:    /s/
                                        ILONA J. EHRLICH
                                        Assistant Corporation Counsel

To:    Corrine Lynch (By Postal Mail and E-Mail)
        *Pro Se Plaintiff*
        34 Cheslan Ct.,
        Oceanside, NY 11572
        rins083082@aol.com

1