# AFFIRMATION OF SERVICE

I hereby certify that, on August 1, 2025, I caused a true and correct copy of the foregoing " *Letter"* served by electronic mailing by on **Corrine Lynch, Pro Se** directed to the address designated by Plaintiff for that purpose:

## Corrine Lynch, Pro Se

## rins083082@aol.com

I certify under penalty of perjury that the foregoing is true and correct.

State of New York

County of New York

Dated: August 1, 2025

Dareth Ogle

Paralegal, NYC Law Department

Labor & Employment Division