

MURIEL GOODE-TRUFANT
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

ILONA J. EHRLICH
*Assistant Corporation Counsel*
Labor and Employment Law Division
Telephone: (212) 356-2549
Email: iehrlich@law.nyc.gov

September 12, 2025

**By ECF**
Honorable Joseph A. Marutollo
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room N324
Brooklyn, New York 11201

Re: Lynch v. The Department of Education et al.,
24-cv-7795-DG-JAM

Dear Magistrate Judge Marutollo:

I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel for the City of New York, attorney for Defendants the New York City Department of Education and former Chancellor David Banks in the above-referenced action.

Defendants write in accordance with the Court's Order of July 17, 2025, to file a status report, Defendants are submitting the status report without Plaintiff, as Plaintiff will file a separate letter due to disagreements over Plaintiff's lengthy and irrelevant insertion, which was provided this evening.

On July 29, 2025, Defendants filed and served their Motion to Stay Discovery, pending resolution of Defendants' Motion to Dismiss. By Order dated July 31, 2025, the Court granted Defendants' Motion to Stay Discovery. In light of this stay of discovery, no further discovery has been conducted to date.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Ilona Ehrlich*
Ilona J. Ehrlich
Assistant Corporation Counsel

cc:     Corrine Lynch (By ECF)

*Pro Se Plaintiff*