UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------X
CORRINE LYNCH,

                         Plaintiff,      **DECLARATION OF SERVICE**

      -against-                  24 CV 7795 (DJ) (JAM)

THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK, DAVID BANKS, Chancellor and KATHERINE RODI, Director of Employee Relations,

                        Defendants.
---------------------------------X

       I, Ilona J. Ehrlich declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that on September 19, 2025, I served the Court's Orders of September 15, 2025, and September 18, 2025 via e-mail to plaintiff at: rins083082@aol.com.

Dated: New York, New York
       September 19, 2025

                                     **MURIEL GOODE-TRUFANT**
                                     Corporation Counsel of the City of New York
                                     *Attorney for Defendants*
                                     100 Church Street, 2-196
                                     New York, New York 10007
                                     (212) 356-2549

                          By:   /s/ *Ilona J. Ehrlich*
                                   ILONA J. EHRLICH
                                   Assistant Corporation Counsel

To:    Corrine Lynch (By E-Mail)
       *Pro Se Plaintiff*
       34 Cheslan Ct.,
       Oceanside, NY 11572
       rins083082@aol.com