| | |
|---|---|
| **From:** | Ehrlich, Ilona (LAW) |
| **To:** | Corrine Lynch |
| **Subject:** | RE: [EXTERNAL] Joint Status Report – Discovery Update |
| **Date:** | Thursday, April 17, 2025 11:33:00 AM |
| **Attachments:** | Lynch - Joint Letter - Status of Discovery - FILED.pdf |

Dear Ms. Lynch,

I filed the Joint Letter (attached here). Thank you.

Kind Regards,

Ilona Ehrlich

Assistant Corporation Counsel

Labor and Employment Law Division

New York City Law Department

P: 212.356.2549

**From:** Corrine Lynch
**Sent:** Wednesday, April 16, 2025 11:45 AM
**To:** Ehrlich, Ilona (LAW)
**Subject:** Re: [EXTERNAL] Joint Status Report – Discovery Update

Yes, you can file.

Thank you.

"Every day holds the possibility of a miracle"

On Apr 15, 2025, at 4:47 PM, Ehrlich, Ilona (LAW) <iehrlich@law.nyc.gov> wrote:

Dear Ms. Lynch,

I hope this email finds you well. Attached please find a copy of a proposed draft of the Joint Letter outlining the Status of Discovery for the Court. Please let me know if this looks good to you, and I will file it. Thank you.

Kind Regards,

Ilona Ehrlich

Assistant Corporation Counsel

Labor and Employment Law Division

New York City Law Department

P: 212.356.2549

**From:** Ehrlich, Ilona (LAW)
**Sent:** Monday, April 7, 2025 1:26 PM
**To:** Corrine Lynch <rins083082@aol.com>
**Subject:** RE: [EXTERNAL] Joint Status Report – Discovery Update

Dear Ms. Lynch,

I hope this email finds you well and that you had a nice weekend. I am working on my initial disclosures as well.

I will check with my Office and let you know if I need anything for the Joint Letter due on April 18, 2025. Thank you.

Kind Regards,

Ilona Ehrlich

Assistant Corporation Counsel

Labor and Employment Law Division

New York City Law Department

P: 212.356.2549

**From:** Corrine Lynch <rins083082@aol.com>
**Sent:** Wednesday, April 2, 2025 10:04 AM
**To:** Ehrlich, Ilona (LAW) <iehrlich@law.nyc.gov>
**Subject:** [EXTERNAL] Joint Status Report – Discovery Update

**CAUTION! EXTERNAL SENDER.** Never click on links or open attachments if sender is unknown, and never provide user ID or password. If **suspicious**, report this email by hitting the **Phish Alert Button**. If the button is unavailable or you are on a mobile device, forward as an attachment to phish@oti.nyc.gov.

Good morning,

I hope you're doing well. I'm still waiting for this spring weather to finally show up!

Per the discovery schedule, "Defendants shall file, on behalf of the parties, a joint status report by April 18 outlining the current status of discovery." I wanted to check in and see if you have any ideas yet about what you'll need from me for the report.

I'm aiming to have my discovery requests ready by next week. In the meantime, please let me know if there's anything else you need from me to help with the report.

Best regards,

Corrine Lynch
"Every day holds the possibility of a miracle"