| | |
|---|---|
| **From:** | Ehrlich, Ilona (LAW) |
| **To:** | Corrine Lynch |
| **Subject:** | Re: [EXTERNAL] Re: Lynch - Joint Status Report |
| **Date:** | Wednesday, July 16, 2025 5:21:19 PM |

Hi Ms. Lynch,

I am already in the process of finalizing our Letter with my Supervisor -- if you wish, you may add in your supplemental letter that Plaintiff anticipates deposing Katherine Rodi. Thank you.

**Ilona J. Ehrlich, Esq.**
Assistant Corporation Counsel
Labor and Employment Law Division
New York City Law Department
**Email**: iehrlich@law.nyc.gov
**Office**: (212) 356-2549
**Cell**: (646) 740-9843

---

**From:** Corrine Lynch <rins083082@aol.com>
**Sent:** Wednesday, July 16, 2025 5:19 PM
**To:** Ehrlich, Ilona (LAW) <iehrlich@law.nyc.gov>
**Subject:** Re: [EXTERNAL] Re: Lynch - Joint Status Report

Dear Ms. Ehrlich,

I understand and will file Supplement to Joint Status Report or Plaintiff's Addendum to Joint Status Report via ECF. Please also add that Plaintiff anticipates deposing Katherine Rodi, a key individual relevant to Plaintiff's claims.

Thank you.
Corrine

On Wednesday, July 16, 2025 at 05:06:32 PM EDT, Ehrlich, Ilona (LAW) <iehrlich@law.nyc.gov> wrote:

> Dear Ms. Lynch,
>
> We are not going to include all of those details because they are not ripe for consideration by the court.
>
> We have not had a chance to make good faith efforts to resolve them in accordance with Judge Marutollo's rules because we only received the notice yesterday. But we will provide a written response and we are open to a meet and confer after if one is necessary.

Because we cannot agree on the language, we will file our own letter.

**Ilona J. Ehrlich, Esq.**
Assistant Corporation Counsel
Labor and Employment Law Division
New York City Law Department
**Email:** iehrlich@law.nyc.gov
**Office:** (212) 356-2549
**Cell:** (646) 740-9843

---

**From:** Corrine Lynch <rins083082@aol.com>
**Sent:** Wednesday, July 16, 2025 4:57 PM
**To:** Ehrlich, Ilona (LAW) <iehrlich@law.nyc.gov>
**Subject:** Re: [EXTERNAL] Re: Lynch - Joint Status Report

Dear Ms. Ehrlich,
Thank you for your response.
I believe that Judge Marutollo requires a one-page Joint Status Report. To remain within that limitation, I am not requesting that my deficiency letter be attached. However, I do request that the substance of my position be fairly summarized in the Report.
Specifically, the Joint Status Report should acknowledge that:

1. Plaintiff raised objections to Defendants' refusal to produce any substantive documents in response to her initial discovery requests;
2. Defendants objected to every single request in both Plaintiff's First Set of Interrogatories and First Set of Document Requests;
3. Plaintiff requested that Defendants provide a privilege log in accordance with FRCP 26(b)(5)(A); and
4. These issues remain unresolved despite Plaintiff's good faith effort to confer.

This summary accurately reflects my position and satisfies the spirit of Judge Marutollo's rules regarding pre-motion discovery resolution. If you oppose including this summary, I reserve the right to file a supplemental statement to preserve my position for the Court.
Please confirm whether the Report will reflect these points. I remain ready to consent to filing the Joint Status Report once these issues are addressed.

Corrine

On Wednesday, July 16, 2025 at 04:40:44 PM EDT, Ehrlich, Ilona (LAW) <iehrlich@law.nyc.gov> wrote:

> Dear Ms. Lynch,

According to Judge Marutollo's rules, the parties have to make good faith efforts to resolve discovery disputes before we can bring this to the court's attention, therefore we will not file the letter now because it would be against Marutollo's rules.

Please let me know if I have your agreement to file the Joint Status Report. Thank you.

**Ilona J. Ehrlich, Esq.**
Assistant Corporation Counsel
Labor and Employment Law Division
New York City Law Department
**Email**: iehrlich@law.nyc.gov
**Office**: (212) 356-2549
**Cell**: (646) 740-9843

---

**From:** Corrine Lynch <rins083082@aol.com>
**Sent:** Wednesday, July 16, 2025 4:22 PM
**To:** Ehrlich, Ilona (LAW) <iehrlich@law.nyc.gov>
**Subject:** [EXTERNAL] Re: Lynch - Joint Status Report

**CAUTION! EXTERNAL SENDER.** Never click on links or open attachments if sender is unknown, and never provide user ID or password. If **suspicious**, report this email by hitting the **Phish Alert Button**. If the button is unavailable or you are on a mobile device, forward as an attachment to phish@oti.nyc.gov.

Dear Ms. Ehrlich,

I reviewed the draft Joint Status Report and noticed that it merely references that I sent a deficiency letter, without addressing the actual content or my specific requests as outlined therein.
To clarify, in my letter, I explicitly requested the following for inclusion in the Joint Status Report:

1. That the letter itself be referenced or attached to the Joint Status Report;
2. That Defendants acknowledge their blanket refusal to produce **any** substantive documents, despite their clear access and the relevance of these documents to the claims at issue.

Respectfully, I ask that the Report accurately reflect these requests, as they are integral to the discovery issues presently before the Court.

Thank you.

Corrine

On Wednesday, July 16, 2025 at 03:36:20 PM EDT, Ehrlich, Ilona (LAW) <iehrlich@law.nyc.gov> wrote:

> Dear Ms. Lynch,

> Attached please find the Joint Status Report due to file today. Please let me know if you consent to this Joint letter. Thank you.
>
> **Ilona J. Ehrlich, Esq.**
> Assistant Corporation Counsel
> Labor and Employment Law Division
> New York City Law Department
> **Email**: iehrlich@law.nyc.gov
> **Office**: (212) 356-2549
> **Cell**: (646) 740-9843