| | |
|---|---|
| **From:** | Ehrlich, Ilona (LAW) |
| **To:** | Corrine Lynch |
| **Subject:** | Lynch (24 CV 7795) - Defendants" Initial Disclosures + First Interrogatories and Requests for Production |
| **Date:** | Thursday, April 10, 2025 10:32:08 PM |
| **Attachments:** | Lynch - Defendants" First Interrogatories and Request for the Production of Documents w.CGA revisions.pdf |
| | Lynch - Defendants" Initial Disclosures.pdf |

Dear Ms. Lynch,

Attached please find the following:
1. Defendants' Initial Disclosures; and
2. Defendants' First Set of Interrogatories and Request for the Production of Documents

Please confirm receipt of this email and that you accept service by email. Thank you.

Kind Regards,
Ilona Ehrlich
Assistant Corporation Counsel
Labor and Employment Law Division
New York City Law Department
P: 212.356.2549