UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X
CORRINE LYNCH,

                     Plaintiff,        **DECLARATION OF SERVICE**

     -against-                           24 CV 7795 (DJ) (JAM)

THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK, DAVID BANKS, Chancellor and KATHERINE RODI, Director of Employee Relations,

                     Defendants.
------------------------------X

        I, Ilona J. Ehrlich declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that on October 14, 2025, I served the Court's Order of October 10, 2025 via e-mail plaintiff at:

rins083082@aol.com.


Dated:   New York, New York
           October 14, 2025

                                          **MURIEL GOODE-TRUFANT**
                                          Corporation Counsel of the City of New York
                                          *Attorney for Defendants*
                                          100 Church Street, 2-196
                                          New York, New York 10007
                                          (212) 356-2549

                                          By:    /s/
                                                   ILONA J. EHRLICH
                                                   Assistant Corporation Counsel


To:    Corrine Lynch (By E-Mail)
        *Pro Se Plaintiff*
        rins083082@aol.com

1