UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK



Corrine Lynch,
Plaintiff,

v.

New York City Department of Education, et al.,
Defendants.

Case No. 24-cv-7795 (DG) (JAM)

Letter to the Honorable Judge Diane Gujarati
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dated: November 8, 2025

Re: Clarification Request Regarding Magistrate Judge's Denial of Plaintiff's Disqualification Motion and Referral for Report and Recommendation

Dear Judge Gujarati:

On August 6, 2025, Your Honor issued an Order Referring Motion (Dkt. No. 39), in which the Defendants' Motion to Dismiss (Dkt. No. 37) was respectfully referred to Magistrate Judge Joseph A. Marutollo for a Report and Recommendation.

On September 12, 2025, I, the Plaintiff, submitted a Letter Motion requesting the disqualification of Magistrate Judge Marutollo and objecting to his issuance of any Report and Recommendation in this case.

On September 22, 2025, Magistrate Judge Marutollo issued an Order (Dkt. No. 50) denying my request and mischaracterized my motion for disqualification as a motion for recusal.

Subsequently, on September 28, 2025, I submitted another letter addressed to Your Honor titled, "Reply to Magistrate Judge Marutollo's and Defendants' Denial of Plaintiff's Disqualification Motion Retitled as 'Recusal,' and Plaintiff's Continued Objection to Referral for a Report and Recommendation Pursuant to 28 U.S.C. § 455."

On October 10, 2025, Magistrate Judge Marutollo issued another Order (Dkt. No. 56)

construing my September 28 submission as a motion for reconsideration and again denying it, reiterating his prior ruling.

Respectfully, pursuant to 28 U.S.C. § 455, Fed. R. Civ. P. 72(a), and Local Civil Rule 6.3, I was under the understanding that the District Judge retains ultimate authority to rule on matters concerning judicial disqualification and the validity of a referral order.

Because all correspondence concerning the disqualification motion and continued objection to referral were directly addressed to Your Honor, I respectfully request clarification and/or a final ruling from the District Court regarding:

1. Whether Your Honor intends to review the Magistrate Judge's self-denial of disqualification and continued involvement in preparing a Report and Recommendation; and
2. Whether Plaintiff's objections under 28 U.S.C. § 455 remain pending before you, the District Judge.

Thank you for your time and attention to this matter.

Respectfully submitted,

/s/ Corrine Lynch
Plaintiff, Pro Se
34 Cheslan Court
Oceanside, NY 11572
Phone: (516) 316-0451
Email: rins083082@aol.com