UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

CORRINE LYNCH,

                          Plaintiff,

-against-

THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK, DAVID BANKS, Chancellor and KATHERINE RODI, Director of Employee Relations,

                          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**DECLARATION OF SERVICE**

24 CV 7795 (DJ) (JAM)

I, Ilona J. Ehrlich declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that on December 30, 2025, I served the Court's Order of December 29, 2025 via e-mail plaintiff at: rins083082@aol.com, and by depositing a copy of the same, enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service, within the State of New York, directed to plaintiff at:

Corrine Lynch 34 Cheslan Court, Oceanside, NY 11572

Dated: New York, New York
       December 30, 2025

                                         **MURIEL GOODE-TRUFANT**
                                         Corporation Counsel of the City of New York
                                         *Attorney for Defendants*
                                         100 Church Street, 2-196
                                         New York, New York 10007
                                         (212) 356-2549

                                 By:   /s/  *Ilona J. Ehrlich*
                                            ILONA J. EHRLICH
                                           Assistant Corporation Counsel

To:    Corrine Lynch (By Postal Mail and E-Mail)
        *Pro Se Plaintiff*
        34 Cheslan Ct.,
        Oceanside, NY 11572
        rins083082@aol.com