*** Filed ***
05:40 PM, 11 Mar, 2026
U.S.D.C., Eastern District of New York

March 11, 2026

Hon. Diane Gujarati
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Lynch v. NYC Department of Education, 24-CV-7795 (DG) (JAM)

Dear Judge Gujarati:

I respectfully request a brief extension of time to file the amended complaint required by the Court's Memorandum and Order dated March 4, 2026.

The current deadline to file the amended complaint is March 25, 2026. Plaintiff respectfully requests that the deadline be extended to April 16, 2026.

This is Plaintiff's first request for an extension of this deadline. Plaintiff has contacted Defendants' counsel regarding this request, and they consent to the extension of time.

The requested extension is sought in good faith to allow Plaintiff sufficient time to prepare the amended complaint consistent with the Court's Order and the December 26, 2025 Report and Recommendation.

Thank you for the Court's consideration.

Respectfully submitted,

Corrine Lynch
Plaintiff Pro Se
34 Cheslan Ct

Oceanside, NY 11572
516-316-0451
rins083082@aol.com