**By ECF**
Honorable Magistrate Judge Joseph A. Marutollo
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room N324                                April 28, 2026
Brooklyn, New York 11201


**Re: Lynch v. The Department of Education et al., 24-cv-7795-DG-JAM**


Dear Magistrate Judge Marutollo,


I am the Plaintiff pro se in the above cited action and I am submitted here a letter Motion in support of my Amended Complaint with the additional Defendant, Steven Banks, sued in his Official Capacity, and the additional claim, Monell liability.

After agreeing with the Defendants' attorney on a date to submit his response to my recently filed Amended Complaint, an issue was raised about the added claim – Monell – and the added Defendant – Steven Banks – in my Amended Complaint and I would like to address my additions.

I did not at any time intend on going outside of your Honor's ruling on your R & R and subsequently adopted by Judge Gujarati wherein you ruled: "leave to amend the complaint be granted solely with respect to (1) a potential First Amendment retaliation claim; and (2) the NYSHRL and NYCHRL claims, to the extent that such claims are brought within the one-year statute of limitations or have otherwise been equitably tolled." See R&R at 45 (bolding omitted).

On or about April 10, 2026, I became aware of an 8-page email chain ("Memo-UFT Accommodation Process") which began with an email sent September 20, 2021 by Steven Banks, General Counsel of the Office of Labor Relations, to several other City officials as well as DOH Commissioner David Chokshi. This email chain shows Banks working with Commissioner Chokshi on a strategy to deny all religious accommodation requests by UFT members brought to arbitration after the DOE denied the request.

I am directly affected by Banks' actions as cited in the Memo and as explained by you when ordering me to dismiss Katherine Rodi as a Defendant. I was blocked from appealing to the Citywide Panel. In November 2021 the Court of Appeals ruled that the Scheinman process was unconstitutional. I believe that the Memo (Exhibit B, Amended Complaint) provides additional relevant information in my case to both (1) and (2) in your ruling and in the Order by Judge Gujarati. Therefore, because the additions arise from the same nucleus of operative facts, cause no prejudice, and promote judicial economy, I respectfully request that the Court grant leave *nunc pro tunc* to accept the Amended Complaint as filed.

Federal Rule of Civil Procedure 15(a)(2) provides that courts "should freely give leave when justice so requires." The Supreme Court has emphasized that this mandate "is to be heeded." *Foman v. Davis*, 371 U.S. 178, 182 (1962). The Second Circuit similarly holds that leave should be granted absent undue delay, bad faith, futility, or undue prejudice. The additions to my Amended Complaint are timely, non-prejudicial, and promote resolution on the merits.

The Monell claim and the addition of Steven Banks as a Defendant in his official capacity arise from the same factual allegations already before the Court: the DOE's blanket denial of religious accommodations in violation of NYSHRL and NYCHRL, thus extending the timeline and jurisdiction of this Court, its centralized policy of rejecting requests without individualized assessment in violation of the First Amendment, and the involvement of specific policymakers. Thus the Monell theory is based on conduct already described in the original complaint and in Defendants' own record.

This is precisely the type of amendment Rule 15 is designed to permit, and promotes fairness for all parties. Also, Defendants will not suffer any prejudice at this stage, the pleading stage.

For the foregoing reasons, I request that you

1. grant leave *nunc pro tunc* to accept the Amended Complaint as filed; or

2. alternatively, grant leave to file a proposed Second Amended Complaint; and

3. grant such other relief as the Court deems just and proper.

/s/Corrine Lynch
Corrine Lynch
Plaintiff Pro Se
34 Cheslan Ct.
Oceanside, N.Y. 11572
516-316-0451
rins083082@aol.com