UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

CORINNE LYNCH,

                                     Plaintiff,

             -against-

THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK and MELISSA AVILES-RAMOS,

                                   Defendants.

-------------------------------------------------------------------- x

                                                           **DECLARATION OF SERVICE**

                                                            Civil Case No. 24-cv-07795 (DG) (JAM)

I, Eric Vetterlein declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that on May 12, 2026, I served the Court's Order dated, May 12, 2026, advancing the May 19, 2026, in-person status conference to the previously scheduled telephone status conference on May 13, 2026  (Docket No. 84 - Order dated 5/12/26), via e-mail to plaintiff at: rins083082@aol.com .

Dated:        New York, New York
                May 12, 2026

                                        **STEVEN BANKS**
                                         Corporation Counsel of the
                                         City of New York
                                         Attorney for Defendants DOE and MELISSA AVILES-RAMOS
                                         100 Church Street, Room 2-108
                                         New York, New York 10007
                                         (212) 356-5044
                                         evetterl@law.nyc.gov

                                   By:      */s/ Eric Vetterlein*
                                                   Eric Vetterlein
                                                   Assistant Corporation Counsel