# Tannenbaum ❖ Helpern

900 Third Avenue,
New York, New York
10022

Telephone: 212-508-6700
Facsimile: 212-371-1084
thsh.com

**Christopher G. Arko**
(212) 508-6714
carko@thsh.com

May 14, 2026

**VIA ECF**

Hon. Joseph A. Marutollo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

>    **Re:**    ***Lynch v. The Department of Education of the City of New York, et al.***
>             **No. 24-cv-7795 (DG)(JAM)**

Your Honor:

I write to respectfully request that I be removed as counsel for Defendants The Department of Education of the City of New York, David Banks, and Katherine Rodi in the above-referenced matter. I am no longer affiliated with the New York City Law Department and I have no further involvement in this matter.

I thank the Court for its consideration herein.

Sincerely,

Christopher G. Arko