UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x

CORINNE LYNCH,

Plaintiff,

-against-

THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK and MELISSA AVILES-RAMOS,

Defendants.

---------------------------------------------------------------------- x

**DECLARATION OF SERVICE**

Civil Case No. 24-cv-07795 (DG) (JAM)

I, Eric Vetterlein declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that on October 16, 2026, I served the Court's Order dated, October 15, 2026, (Denying ECF No. 105 and 106), via e-mail to plaintiff at: rins083082@aol.com .

Dated: New York, New York
October 16, 2026

**STEVEN BANKS**
Corporation Counsel of the
City of New York
Attorney for Defendants DOE and MELISSA AVILES-RAMOS
100 Church Street, Room 2-108
New York, New York 10007
(212) 356-5044
evetterl@law.nyc.gov

By: /s/ Eric Vetterlein
Eric Vetterlein
Assistant Corporation Counsel