*** Filed ***
12:39 PM, 16 Oct, 2026
U.S.D.C., Eastern District of New York

October 16, 2026

Honorable Joseph A. Marutollo
United States Magistrate Judge
Eastern District of New York

Re: Lynch v. Department of Education of the City of New York
Case No. 24-cv-07795 (DG) (JAM)

**Plaintiff's Discovery Status Certification**

Dear Judge Marutollo:

Pursuant to the Court's orders directing the parties to certify the close of discovery on October 16, 2026, I respectfully submit this discovery status certification.

I acknowledge that the Court-ordered discovery period closes today. As of the time of this submission, I have not received Defendants' agreed-upon production of my DOE mailbox ESI. I therefore cannot review that production or determine whether it resolves any of the outstanding issues.

Defendants served written discovery responses on August 21, 2026. My position remains that the specific deficiencies identified in ECF No. 105 have not been resolved. I acknowledge the Court's October 15 denial of that application.

Accordingly, I acknowledge the discovery cutoff but cannot certify that all discovery production has been completed. This submission reports my discovery status and does not request an extension of discovery.

Respectfully submitted,

/s/ Corrine E. Lynch
Corrine E. Lynch
Plaintiff, Pro Se
34 Cheslan Court
Oceanside, NY 11572
Telephone: (516) 316-0451
Email: rins083082@aol.com